IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL HOOPER,

    Plaintiff,

v.                                                                                     No. 14-cv-0449 SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security Administration,**

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed this action on May 14, 2014, appealing the final decision of the Social Security Administration, which denied his claim for benefits. [Doc. 1]. The Court set a briefing schedule, and Plaintiff's Motion to Reverse or Remand Administrative Agency Decision ("Motion") was due by May 19, 2015. [Doc. 18]. To date, Plaintiff has neither filed a Motion nor requested an extension of time to do so.

**IT IS THEREFORE ORDERED** that Plaintiff show cause within **21 days** why his case should not be dismissed without prejudice for failure to prosecute his claims.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**